UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIE S. JACKSON,

Plaintiff,

v.

JAMES DZURENDA,

Defendant.

Case No.: 2:26-cv-00121-JAD-NJK

**ORDER**

On January 20, 2026, *pro se* plaintiff Willie S. Jackson, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis* but did not submit a complaint.  Docket No. 1.

"A civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."  LSR 2-1.  And the complaint must be signed personally by the unrepresented party.  Fed. R. Civ. P. 11(a).   The Court grants Plaintiff until February 27, 2026, to file a complaint.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **February 27, 2026**, Plaintiff must submit a signed complaint to this Court.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS SO ORDERED.

DATED:  January 26, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE